IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA

Ward Dean, M.D.

CASE NO: 3:03cv65/LAC/MCR

Plaintiff,

UNITED STATES OF AMERICA and

INTERNAL REVENUE SERVICE,          (PLAINTIFF DEMANDS A TRIAL

BY JURY OF ALL ISSUES SO

TRIABLE)

Defendants,

_____/

## COMPLAINT FOR DAMAGES UNDER 26 U.S.C. SECTION 7431

Ward Dean, M.D., Plaintiff herein, complains of Defendants and seeks statutory and/or actual, and punitive damages as follows:

### I.

### INTRODUCTION

1. This is an action brought pursuant to Title 26, Section 7431 of the Internal Revenue Code for the recovery of statutory and/or actual and punitive damages caused by the intentional and/or negligent unlawful disclosure of *confidential return information* by Criminal Investigation Division Special Agent Tanya Burgess.



FILED
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

2003 FEB 20 PM 1:08

1

2. This Court has jurisdiction for this action under Title 26, Section 7431(a)(1) of the Internal Revenue Code. Venue is proper in this Court under 28 U.S.C. § 1391(e).

## II.

## FACTS

3. Ward Dean, M.D., is an individual who at all times material hereto resided in Pensacola, Florida. Ward Dean, M.D., is a medical doctor who at all times material hereto was licensed to practice medicine in the State of Florida.

4. Dr. Dean is the subject of an on-going criminal investigation being conducted by Special Agent Tanya Burgess of the Criminal Investigation Division of the Internal Revenue Service.

5. On or about 3 October, 2002, Criminal Investigation Division Special Agent Tanya Burgess and Revenue Agent Wayne Jackson arrived unannounced at Dr. Dean's residence and informed him that he was under criminal investigation.

6. Shortly thereafter Special Agent Burgess phoned a number of Dr. Dean's patients and associates and informed them that he was under criminal investigation, and asked a number of questions about Dr. Dean, his activities, and personal beliefs.

7. Special Agent Burgess also caused several summonses to be issued to some of Dr. Dean's patients and associates to compel disclosure of financial documents relating to Dr. Dean (examples of which are included as Exhibits A-C).

8. Special Agent Burgess' summonses reflected that the Internal Revenue Service Criminal Investigation Division was conducting an investigation of Dr. Dean.

9. The words "Criminal Investigation Division" were also prominently displayed on the return address of the envelopes and on the summonses.

10. The Summonses attached hereto as Exhibits "A," "B" and "C" improperly disclosed to all who received them that Plaintiff was under criminal investigation.

11. The Summonses with the words "Criminal Investigation Division," and phone calls to Dr. Dean's associates, advising them that he was under criminal investigation, suggested wrongdoing on the part of Dr. Dean.

12. Furthermore, the mailing of said Summonses and making of said phone calls have caused third-parties to learn that Dr. Dean is under "criminal investigation."

13. Such disclosures have caused Plaintiff substantial personal professional embarrassment and loss of revenue.

14. The wrongful disclosure of Dr. Dean's *return information* has caused Dr. Dean substantial mental and emotional distress.

15. The issuance of summonses which reveal on their face that they were issued by the Criminal Investigation Division of the Internal Revenue Service are unlawful disclosures prohibited by 26 USC Section 6103.

16. The disclosure that Dr. Dean is under criminal investigation has caused Dr. Dean to suffer substantial professional embarrassment, loss of income, and loss of goodwill.

17. It was not necessary for Agent Burgess to identify that her investigation emanated from the Criminal Investigation Division in order to gain the information she sought.

18. An Internal Revenue Agent does not need to identify herself as a member of the Criminal Investigation Division to secure desired information.

19. Agent Burgess' disclosure was not in good faith or there existed no good faith in disclosure of the information.

20. An Internal Revenue Agent is expected to know the statutory provisions governing disclosure, as interpreted and reflected in IRS regulations and manuals.

21. An IRS agent's contrary interpretation is not in good faith.

22. Agent Burgess did not follow the dictates of section 6103 or the applicable IRS manual provisions prior to mailing the Summonses or when making the phone calls.

23. The *Handbook for Special Agents*, amended on June 12, 1992, provides that "neither the signature block nor the ancillary heading of the letter should contain the words 'Criminal Investigation Division.' The heading and return address may contain the necessary symbols for the letter to be returned to the special agent."

24. On information and belief, the agents involved in this case have all received extensive "disclosure" training which is designed to preserve the integrity of the confidentiality provisions of the federal tax laws.

### III.

### LEGAL AUTHORITY

25. Section 7431 of the Internal Revenue Code provides taxpayers with a cause of action for statutory and/or actual and punitive damages against the United States in the event an officer or employee thereof makes an unlawful disclosure of "return information" in violation of Section 6103 of the Internal Revenue Code.

26. Section 7431 (a)(1) provides that:

> If any officer or employee of the United States knowingly, or by reason of negligence, inspects or discloses any [tax] return or *return information*

>[emphasis added] with respect to a taxpayer in violation of any provision of Section 6103, such taxpayer may bring a civil action for damages against the United States in a district court of the United States.

27. "Return information" is required by Section 6103(a) to remain confidential and not be disclosed except as provided in Section 6103.

28. "Return information" is broadly defined in Section 6103(b )(2) as follows:

   > a taxpayer's identity, the nature, source, or amount of his income, payments, receipts, deductions, exemptions, credits, assets, liabilities, net worth, tax liability, tax withheld, deficiencies, over-assessments, or tax payments, whether the taxpayer's return was, is being, or will be examined or subject to investigation or processing, or any other data, received by, recorded by, prepared by, furnished to, or collected by the Secretary with respect to a return or with respect to the determination of the existence, or possible existence, of liability (or the amount thereof) of any person under this title for any tax, penalty, interest, fine, forfeiture, or other imposition, or offense, ...

29. The disclosures described in Paragraph 6 through 18 of this Complaint are intentional, negligent, and/or grossly negligent disclosures of "return information" in violation of Section 6103 and for which Plaintiff is entitled to statutory and/or actual and punitive damages under Section 7431.

## IV.

## DAMAGES

30. The disclosures made by Criminal Investigation Division Special Agent Tanya Burgess caused Plaintiff substantial professional and personal embarrassment, loss of income, loss of goodwill, and unnecessary attorney and other legal fees, resulting in actual damages, the extent of which at this time cannot be completely and accurately ascertained but which will be more fully known after the completion of discovery.

31. The intentional and/or grossly negligent unlawful disclosures by Criminal Investigation Division Special Agent Tanya Burgess entitles Plaintiff to punitive damages the extent of which at this time cannot be completely and accurately ascertained at this time.

32. Based on the unlawful disclosures, Plaintiff is entitled to the costs of the action, plus reasonable attorneys' fees pursuant to Section 7431 (c)(2) and (3).

**WHEREFORE**, Plaintiff requests actual and punitive damages, the costs of this action, reasonable attorney's fees, and such other and further relief to which Plaintiff is entitled.

*[signature]*
Ward Dean, M.D.
Plaintiff, Pro Se
8799 Burning Tree Road
Pensacola, Florida  32514
(850) 484-0595

## CERTIFICATE OF SERVICE

I certify that on this __20th____ day of _February, 2003,_ I sent via certified mail a copy of the above styled Complaint to:

Tanya Burgess
Special Agent, IRS
880 N. Reus Street, Suite 101
Pensacola, Florida 32501

J.D. Atchison, Esq.
Asst. U.S. Attorney
Northern District of Florida
21 East Garden Street, Ste 400
Pensacola, Florida  32501-5603

The Honorable John Ashcroft
Attorney General of the United States
Department of Justice
Washington, D.C.  20530

The Honorable John Snow
Secretary of the Treasury
3330 Main Treasury Building
1500 Pennsylvania Avenue, N.W.
Washington, D.C.  20220

                                                                    _/s/ Ward Dean_
                                                                    Ward Dean, M.D., Pro Se
                                                                    8799 Burning Tree Road
                                                                    Pensacola, Florida  32514
                                                                    (850) 484-0595



# Summons

In the matter of  Ward F. Dean, 8799 Burning Tree Rd, Pensacola, FL 32514
Internal Revenue Service (Division):  Criminal Investigation
Industry/Area (name or number):
Periods  tax years 1997, 1998, 1999, 2000, 2001

## The Commissioner of Internal Revenue

**To:** John W. Graham III, CPA

**At:** Fayetteville, NC

You are hereby summoned and required to appear before  Special Agent Tanya H. Burgess or any designated agent
an officer of the Internal Revenue Service  To give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability. Or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning the person identified above for the periods shown.

Complete workpaper files for all tax returns prepared for Ward F Dean, SSN 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, for the time period 1991 through 2001, including but not limited to the following.

1  Retained copies of tax returns
2  Source documents used in the preparation of the returns, including Forms W-2, 1099, 1098, bank statements, cancelled checks, business records/ledgers/journals, sales records or any other records reflecting income or expenses
3. Notes, memoranda, or correspondence regarding income taxes or the preparation of tax returns
4  Promotional material involving the payment or non-payment of income taxes

Records may be mailed to the IRS address below

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
IRS-CI, Special Agent Tanya Burgess, 880 N. Reus St, Suite 101, Pensacola, FL  32501, (850) 432-5075, ext. 503

**Place and time for appearance at**  same as above

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev 05-2001)
Catalog Number 21405J

on the  13  day of  November  2002  at  9  o'clock  a  m
                                         (year)
Issued under authority of the Internal Revenue Code this  15  day of  October  2002
                                                                                 (year)

_Tanya Burgess_
Signature of issuing officer

Special Agent
Title

Signature of approving officer (if applicable)        Title

**Part C** — to be given to noticee



Ex A



# Summons

In the matter of Ward Dean, 8799 Burning Tree Rd, Pensacola, FL 32514
Internal Revenue Service (Division) Criminal Investigation
Industry/Area (name or number)
Periods: Tax years 1997, 1998, 1999, 2000, 2001

## The Commissioner of Internal Revenue

**To:** Dillon Vickery

**At:** Pensacola, FL

You are hereby summoned and required to appear before Special Agent Tanya Burgess or any designated agent an officer of the Internal Revenue Service, To give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability. Or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning the person identified above for the periods shown.

All documents in your care, custody, and/or control relating to the financial matters of Ward F. Dean, Kunya C. Dean, or the Center for Bio-Gerontology for the period 1997 through 2001, including but not limited to the following.

1. Cancelled checks, cash receipts, or other documents reflecting payments to, from, or on behalf of the above listed individuals or entity
2. Any documents reflecting the purpose of payments identified in item #1, including invoices, receipts, promissory notes, or descriptions of services rendered
3. Any documents, literature, notes, correspondence, or other papers regarding income taxes provided to you by Dean or others on Dean's behalf

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_Tanya Burgess_  _Special Agent_
Signature of IRS officer serving the summons    Title

**Business address and telephone number of IRS officer before whom you are to appear:**
IRS CI, Special Agent Tanya Burgess, 880 N. Reus St. Suite 101 Pensacola, FL 32501, (850) 432-5075

**Place and time for appearance at** same as above

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039 (Rev 05-2001)
Catalog Number 21405J

on the 28 day of October at 10:30 o'clock a.m.
Issued under authority of the Internal Revenue Code this 16 (year) day of October 2002

_Tanya Burgess_    Special Agent
Signature of issuing officer    Title

Signature of approving officer (if applicable)    Title

**Part A** - to be given to person summoned


Ex B



# Summons

In the matter of  Ward F. Dean, 8799 Burning Tree Rd., Pensacola, FL 32514
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number):
Periods: tax years 1997, 1998, 1999, 2000, 2001

## The Commissioner of Internal Revenue

To: Smart Publications
At: Santa Rosa, CA 95407

You are hereby summoned and required to appear before  Special Agent Tanya Burgess or any designated agent  an officer of the Internal Revenue Service. To give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability. Or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning the person identified above for the periods shown.

1. All payments to or on behalf of Ward F. Dean, including payments to Ward F. Dean, Kumja C. Dean, United Services Fund (Dr. Ward Dean Acct.), U.S. Gold Shares (W. Dean SEP/IRA Acct.), or any other third parties on Dean's behalf for the years 1997 through 2001.
2. Documentation of the purpose of the payments described in item #1.
3. Documentation of any correspondence, requests, or other justification provided to you by Dean for his treatment as an independent contractor
4. Employment application, contracts, agreements or other documents regarding services to be rendered by Dean and compensation to be paid.
5. Any correspondence, notes, or other documentation from Dean regarding federal income tax withholding
6. Any agreements regarding expense reimbursement and any receipts submitted for reimbursement
7. Complete personnel file regarding Dr. Ward F. Dean

This summons may be complied with by mailing the requested records to the IRS address below.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_Tanya Burgess_ 
Signature of IRS officer serving the summons

_Special Agent_ 
Title

**Business address and telephone number of IRS officer before whom you are to appear:**
IRS-CI, Special Agent Tanya Burgess, 880 N. Reus St., Suite 101, Pensacola, FL 32501, (850) 432-5075, ext. 503

**Place and time for appearance at** same as above

**IRS** on the 21 day of October 2002 at 1 o'clock p. m
Issued under authority of the Internal Revenue Code this 8 day of October 2002

Department of the Treasury
Internal Revenue Service

_Tanya Burgess_
Signature of issuing officer

Special Agent
Title

www.irs.gov

Form 2039 (Rev. 05-2001)
Catalog Number 21405J

Signature of approving officer (if applicable)

Title

Part A - to be given to person summoned

Ex C

```
n Thu Feb 20 13:17:46 2003

    UNITED STATES DISTRICT COURT

    TALLAHASSEE    , FL.

Receipt No.    300 108344
Cashier        donnab

D0 Code    Div No
 4617        3

Sub Acct Type Tender     Amount
1:510000  N      (        90.00
2:086900  N      )        60.00

Total Amount         $   150.00

CIVIL FILING FEE 3:03CV65/LAC/MCR WARD D
EAN M.D.

WARD DEAN M.D. 8799 BURNING TREE RD PENS
ACOLA FL 32514
```