IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WARD DEAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:03 cv 00065 (LAC/MCR) |
| UNITED STATES, *et al.*, | ) |
| Defendant. | ) |

# ANSWER

COME NOW the United States of America and the Internal Revenue Service (collectively, the "United States"), by and through counsel, in response to plaintiff's complaint, and state:

### FIRST DEFENSE

The Internal Revenue Service, an agency of the United States, is not authorized to sue or be sued *eo nomine*, and as such, the United States should be sole defendant to this action.

### SECOND DEFENSE

Plaintiff is not entitled to a jury trial.

### THIRD DEFENSE

Any return information, which is the subject of this action, was appropriately disclosed by the United States and authorized under 26 U.S.C. §6103(k).

## FOURTH DEFENSE

To the extent that plaintiff's return information was not appropriately disclosed by the United States or authorized under 26 U.S.C. §6103(k), if at all, the return information was disclosed as a result of a good faith interpretation of 26 U.S.C. §6103.

## FIFTH DEFENSE

FOR ITS FURTHER ANSWER, the defendant responds to the numbered paragraphs of the complaint as follows:

1. Admits that this action is brought under 26 U.S.C. §7431, but denies the remaining allegations contained in paragraph 1.

2. Admits the allegations of paragraph 2, but denies that 26 U.S.C. §7431(a)(1) supplies a grant of federal jurisdiction.

3. Lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 3.

4. Admits the allegations of paragraph 4.

5. Admits the allegations of paragraph 5.

6. Admits that Special Agent Burgess called third-parties during the investigation of plaintiff, but denies the remaining allegations of paragraph 6.

7. Admits that the summons attached to the complaint were issued, but denies the remaining allegations of paragraph 7.

8. Admits the allegations of paragraph 8.

9. Denies the allegation that "Criminal Investigation Division" appears on the summonses attached to the complaint but admits that "Criminal Investigation" does, and lacks

sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 9.

      10.      Denies the allegations contained in paragraph 10.

      11.      Denies the allegations contained in paragraph 11.

      12.      Lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 12.

      13.      Lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 13.

      14.      Lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 14.

      15.      Denies the allegations contained in paragraph 15.

      16.      Lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 16.

      17.      Denies the allegations contained in paragraph 17.

      18.      Denies the allegations contained in paragraph 18.

      19.      Denies the allegations contained in paragraph 19.

      20.      Admits the allegations contained in paragraph 20.

      21.      Lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 21.

      22.      Denies the allegations contained in paragraph 22.

      23.      Admits that plaintiff cited a version of the Handbook for Special Agents in paragraph 23, but denies that the language is applicable to this action because the language

paraphrases the Internal Revenue Manual's portion that does not relate to summonses.

    24.      Admits that the special agents have received disclosure training, but denies the remaining allegations in paragraph 24.

    25.      Paragraph 25 contains legal statements and analysis to which the United States is not required to respond.

    26.      Paragraph 26 contains legal statements and analysis to which the United States is not required to respond.

    27.      Paragraph 27 contains legal statements and analysis to which the United States is not required to respond, and such legal statements and analysis are incorrectly stated in paragraph 27.

    28.      Paragraph 28 contains legal statements and analysis to which the United States is not required to respond.

    29.      Denies the allegations contained in paragraph 29.

    30.      Lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 30.

    31.      Denies the allegations contained in paragraph 31.

    32.      Denies the allegations contained in paragraph 32.

///

///

///

///

///

WHEREFORE the United States requests this Court to dismiss plaintiff's complaint with prejudice, award the United States its costs of defense and grant such other and further relief as may be deemed just and proper under the circumstances.

DATED: April 15, 2003

>GREGORY R. MILLER
>United States Attorney
>
>LINDSEY W. COOPER, JR.
>Civil Tax, Eastern Region
>U.S. Department of Justice
>P.O. Box 227, Ben Franklin Station
>Washington, DC  20044
>Telephone: (202) 307-6528
>
>*Attorney for the United States*

## CERTIFICATE OF SERVICE

It is hereby certified that the United States' foregoing ANSWER was caused to be served on the 115th day of April 2003, by sending a copy thereof via first-class mail to the following:

>Dean Ward
>8799 Burning Tree Road
>Pensacola, FL 32514

_____
LINDSEY W. COOPER, JR.