UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Ward Dean, M.D.                                     CASE NO: 3:03cv65/LAC/MCR

    Plaintiff,

UNITED STATES OF AMERICA and

INTERNAL REVENUE SERVICE,

    Defendants,

_____/

## PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS

COMES NOW, Dr. Ward Dean, Plaintiff in the above styled action, to propound Plaintiff's second Request for Admissions pursuant to Federal Rules of Civil Procedure.

1. Admit that Title 26, Section 7608, describes "Authority of Internal Revenue Enforcement Officers."

2. Admit that the implementing regulations for Title 26, Section 7608 are listed in the *Parallel Table of Authorities*.

3. Admit that the *Parallel Table of Authorities* for Title 26, Section 7608 identifies implementing regulations in Title 27 CFR part 70, Title 27 CFR part 170, and Title 27 CFR part 296.

4. Admit that Title 27 is related to and confers authority over Alcohol, Tobacco and Firearms.

5. Admit that Title 27 does not confer authority over Subtitle A, Income taxes.

6. Admit that there are no implementing regulations for Title 26 which implement Code Section 7608.

7. Admit that code Section 7608, insofar as income taxes are concerned, is benign and without force and effect.

8. Admit that the implementing regulations for Title 26, Section 7602 are listed in the *Parallel Table of Authorities*.

9. Admit that the *Parallel Table of Authorities* for Title 26, Section 7602 identifies implementing regulations in Title 27 CFR part 70, Title 27 CFR part 170, and Title 27 CFR part 296.

10. Admit that there are no Title 26 regulations which implement Code Section 7602.

11. Admit that code Section 7602, insofar as income taxes are concerned, is benign and without force and effect.

12. Admit that IRS revenue agents derive no statutory authority "to examine books, papers, records, or other data," nor "to summon persons liable for tax or required to perform the act" regarding Subtitle A taxes (i.e., income taxes) from Section 7602 without appropriate delegation orders from the Secretary.

Respectfully submitted,

*/s/ Ward Dean*
Ward Dean, M.D. / Pro se
8799 Burning Tree Road
Pensacola, Florida 32514
Ph: (850) 484-0595

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of July, 2003, I have placed a true and exact copy of the foregoing in the U. S. Mail, first class postage, prepaid, addressed to:

Lindsey W. Cooper, Jr.
Civil Tax, Eastern Region
U.S. Department of Justice
P .0. Box 227,
Ben Franklin Station Washington, DC 20044

_____
Ward Dean, M.D.