IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WARD DEAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:03 cv 00065 (LAC/MCR) |
| UNITED STATES, *et al.*, | ) |
| Defendants. | ) |

## DEFENDANTS' RENEWED MOTION TO STAY PROCEEDINGS

Defendants, the United States of America and the Internal Revenue Service (collectively, "United States"), by and through undersigned counsel, under Fed. R. Civ. P. 7, Local Rule 7.1 and the direction of this Court's Order dated August 15, 2003, renews its motion for an order staying this civil proceeding until the conclusion of the Internal Revenue Service's criminal investigation and other criminal proceedings against plaintiff. The United States in the accompanying memorandum and the Second and Third Declarations of Tanya D. Burgess, to be filed upon leave of this Court to do so, demonstrates how Dean's civil discovery is an attempt to circumvent the restrictive criminal discovery rules and could hinder or obstruct the criminal investigation and grand jury proceedings.

Prior to the United States filing this motion and under Local Rule 7.1(B), a good faith attempt was made to resolve the issues raised by this motion.

WHEREFORE the United States requests the Court to stay this civil action until all criminal investigation and proceedings against Dean are completed.

DATED: September 5, 2003

                                          Respectfully submitted,

                                          GREGORY R. MILLER
                                          United States Attorney

                                          LINDSEY W. COOPER, JR.
                                          (TN Bar No. 020705, DC Bar No. 473895)
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 227, Ben Franklin Station
                                          Washington, DC  20044
                                          Telephone: (202) 307-6528
                                          Facsimile: (202) 514-6866

                                          *Attorney for the United States*

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WARD DEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:03 cv 00065 (LAC/MCR) |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing DEFENDANTS' RENEWED MOTION TO STAY PROCEEDINGS, MEMORANDUM IN SUPPORT THEREOF, ORDER TO STAY PROCEEDINGS, MOTION TO FILE SECOND DECLARATION OF TANYA D. BURGESS WITH RESTRICTIONS AND TO FILE THE THIRD DECLARATION OF TANYA D. BURGESS UNDER SEAL AND *EX PARTE* and ORDER ON FILING THE SECOND AND THIRD DECLARATIONS OF TANYA D. BURGESS were caused to be served on the 5th day of September 2003, by sending a copy thereof via Federal Express to the following:

> WARD DEAN, M.D.
> 8799 Burning Tree Road
> Pensacola, Fl 32514
> Telephone: (850) 484-0595

_____
LINDSEY W. COOPER, JR.