IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WARD DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:03 cv 00065 (LAC/MCR) |
| ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### MOTION TO FILE SECOND DECLARATION OF TANYA D. BURGESS WITH RESTRICTIONS AND TO FILE THE THIRD DECLARATION OF TANYA D. BURGESS UNDER SEAL AND *EX PARTE*

In support of the defendants' renewed motion to stay the proceedings, the defendants request the Court that it be allowed to file the second declaration of Tanya D. Burgess under the restrictions that the second declaration's use and review by plaintiff will be limited to this action and that he not be permitted to distribute, disseminate, or use the declaration other than in prosecuting this case, and that the third declaration of Tanya D. Burgess be filed under seal and *ex parte*.

The defendants request that restrictions be placed upon the use and review of the second declaration of Tanya D. Burgess. These restrictions would require that the second declaration be used for purposes only related to this action, only be reviewed by the parties to this action, and not be distributed, disseminated, or used in any manner other than in connection with the prosecution and defense of this case. Specifically, the defendants request that Dean be prohibited

-1-



from posting the second declaration of Tanya D. Burgess on his website and that Dean be prohibited from using the document in any of the criminal proceedings.

The defendants further request this Court that it be allowed to file a Third Declaration of Tanya D. Burgess under seal and *ex parte*. The basis of the defendants' request to file under seal and *ex parte* is that the Third Declaration of Tanya D. Burgess contains grand jury testimony and other information related to criminal investigations.

WHEREFORE the defendants request that the defendants be permitted to file the second declaration of Tanya D. Burgess with restrictions and to file the third declaration of Tanya D. Burgess under seal and *ex parte*.

DATED: September 5, 2003

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

_____
LINDSEY W. COOPER, JR.
(TN Bar No. 020705, DC Bar No. 473895)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6528
Facsimile: (202) 514-6866

*Attorney for the United States*