UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN

VS                                                                  CASE NO. 3:03-cv-65/LAC

UNITED STATES, ET AL.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _____ September 11, 2003 _____
Motion/Pleadings: RENEWED MOTION TO STAY PROCEEDINGS
Filed by DEFENDANTS _____ on 9/8/03 _____ Doc.# 22 _____
RESPONSES:
PLAINTIFF _____ on 9/15/03 _____ Doc.# 25 _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM McCOOL, CLERK OF COURT

___2___
LC (1 OR 2)                                                Deputy Clerk: Jerry Marbut

## ORDER

Upon consideration of the foregoing, it is ORDERED this **29th** day of May, 2003, that:
(a) The relief requested is ~~GRANTED~~ **DENIED**
(b) _____

LACEY A. COLLIER
United States District Judge

Entered On Docket: 9-29-3 By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: Cooper, Dean

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

03 SEP 29 PM 3:25

FILED

Document No. 29