UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN

VS                                              CASE NO. 3:03-cv-65/LAC

UNITED STATES, ET AL.

REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____September 8, 2003_____
Motion/Pleadings: MOTION FOR SANCTIONS
Filed by PLAINTIFF         on 9/4/03         Doc.# 21
RESPONSES:
DEFENDANT                  on 9/18/03        Doc.# 27
                           on _____         Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM McCOOL, CLERK OF COURT

____2____
LC (1 OR 2)                       Deputy Clerk: Jerry Marbut

## ORDER

Upon consideration of the foregoing, it is ORDERED this **29th** day of May, 2003, that:
(a) The relief requested is ~~GRANTED~~ / DENIED
(b) _____

_____
LACEY A. COLLIER
United States District Judge

Entered On Docket: 9-29-3 By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: Cooper, Dean

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.

03 SEP 29 PM 3:25

FILED

Document No. 31