IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WARD DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:03 cv 00065 (LAC/MCR) |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR COURT TO DEEM PLAINTIFF'S FIRST AND SECOND REQUESTS
FOR ADMISSIONS AS "ADMITTED"**

COMES NOW, Plaintiff Ward Dean, pro se, pursuant to Fed.Rules of Civ. Proc. 36 and 37, and Local Rule 26 *et seq.* and hereby files this Motion For Court To Deem Plaintiff's First And Second Requests For Admissions as "Admitted." In support thereof, Plaintiff would show the following:

1. Prior to the filing of this motion and under Local Rule 7.1(B), a good faith effort was made to resolve the issues raised by this motion.

2. On June 10, 2003, Plaintiff filed his First Request for Admissions, pursuant to Fed.R.Civ.P. 36(a).

3. Defendants' responses to the requested admissions were due no later than July 10, 2003.

4. On July 1, 2003, Plaintiff filed his Second Request for Admissions, pursuant to Fed.R.Civ.P. 36(a).

5. Defendants' responses to the requested admissions were due no later than August 9, 2003.

6. Defendants failed/refused to file any reply, responsive pleading or request for enlargement of time, prior to expiration of the deadline imposed pursuant to the applicable discovery rules.

7. In accordance with the Fed.R.Civ.P., 36 and 37 *et seq.* and Local Rule 26 *ad inclusio*, the requests for admissions, previously filed are now deemed admitted as facts, and no further litigation of the matters contained therein may be held without express leave of the Court to do so.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an order and directions to the clerk to enter the affirmative admissions of Defendants into the record.

Respectfully Submitted,

_____
Ward Dean, M.D.
Plaintiff *pro se*
8799 Burning Tree Road
Pensacola, FL 32514
850.484.0595

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of October, 2003, I have placed a true and exact copy of the foregoing *Plaintiff's Motion For Court To Deem Plaintiff's First And Second Requests For Admissions As "Admitted"* in the U. S. Mail, postage prepaid, addressed to:

Lindsey W. Cooper, Jr.
Civil Tax, Eastern Region
U.S. Department of Justice
P .0. Box 227, Ben Franklin Station
Washington, DC 20044

_____
Ward Dean, M.D.
Plaintiff *pro se*
8799 Burning Tree Road
Pensacola, FL 32514
850.484.0595