## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### PENSACOLA DIVISION

WARD DEAN,

      Plaintiff,

v.

                                      Case No. 3:03-cv-65/LAC

UNITED STATES OF AMERICA, and
INTERNAL REVENUE SERVICE,

      Defendants.

_____/

### ORDER

THIS CAUSE comes before the Court on the controversy surrounding Plaintiff's civil discovery demands. Up to this point in the case, Defendant has filed two motions (both of which were denied) to stay the proceedings arguing that Plaintiff seeks to discover information that would adversely affect the government's ongoing criminal investigation of Plaintiff. In addition, Plaintiff has filed a motion to deem Plaintiff's first and second requests for admissions to be admitted; however, that motion was returned to Plaintiff as deficient under the Court's Local Rules.

Notwithstanding the deficiencies of Plaintiff's motion, it as not escaped this Court's attention that there is an ongoing discovery dispute between the parties. The information

Entered On Docket: __October 14, 2003__ By: jrm
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: __COOPER, DEAN__

**41**

requested in both Plaintiff's first and second requests for admissions (Docs. 13, 14) is highly suspect. It appears to the Court that Plaintiff is trying to use the liberal civil discovery rules to obtain information that he could not otherwise obtain regarding Defendant's criminal investigation of Plaintiff. As evidence of that purpose, Plaintiff has admitted that the information he seeks through discovery in this case "will have a significant impact upon the ongoing criminal investigation" (Doc. 23, Ex. 1, ¶¶ 2-6). Therefore, it is this Court's belief that Plaintiff filed the instant lawsuit for the sole intention of thwarting the Federal Rules of Criminal Procedure. However, if that is not the case, the requested documents and information are totally and completely irrelevant to the proceedings at hand. Either way, Defendant does not have to comply with Plaintiff's discovery demands, and the Court will not deem Plaintiff's requests for admissions to be admitted.

This Order may be summarized as follows:

1. Defendant does not have to turn over the requested documents to Plaintiff, and the Court will not deem Plaintiff's requests for admissions as admitted.

**ORDERED** on this _____ day of October 2003.

_____
Lacey A. Collier
United States District Judge