UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Ward Dean, M.D.       Case No: 3:03cv65/LAC/MCR

   Plaintiff,

United States of America and
Internal Revenue Service, et al.,

   Defendants.
_____/

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE GOVERNMENTS MOTION FOR SUMMARY JUDGMENT**

## BACKGROUND

This is an action for unlawful disclosure of return information. The Plaintiff has at all times challenged the procedural correctness of the actions of Special Agent Tanya Burgess, up to, and including whether she is authorized to take the actions she did in making the disclosures to the individuals referred to by the government as witnesses and even to the Grand Jury itself.

Due to the obfuscation in discovery practiced by counsel for the government, and this Court's recent ruling denying the Plaintiff discovery, there exists a myriad of significant issues of material fact to be tried. These issues may have been have been significantly narrowed by the production of the requested discovery, however, that was not to be.

## SUMMARY JUDGMENT

The purpose of a motion for summary judgment is to "pierce the pleadings and to assess the proof in order to see whether there is a genuine need for trial." <u>Matshushita Elec. Indus. Co. v. Zenith Radio Corp.</u>, 475 U.S. 574, 587, 106 S. Ct. 1348, 1356, 89 L. Ed.2d 538 (1986). A dispute over an issue of material fact is genuine if the evidence would permit a reasonable jury to return a verdict for the party against whom summary judgment is sought. See <u>Anderson v. Liberty Lobby, Inc.</u>, 477 U.S. 242, 248, 106 S. Ct. 2505, 2510, 91 L. Ed.2d 202 (1986). In order to avoid a motion for summary judgment a nonmoving party with the burden of proof must produce evidence that shows there exists



a genuine issue of material fact. Celotex Corp. v. Catrett, 477 U.S. 317, 106 S. Ct. 2548, 2552-53, 91 L. Ed. 2d 265 (1986); Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 106 S. Ct. 2505, 2510, 91 L. Ed. 2d 202 (1986). While this evidence need not be in a form that would be admissible at trial, Celotex, 106 S. Ct. at 2553, the nonmoving party "must do more than simply show that there is some metaphysical doubt as to the material facts." Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp., 475 U.S. 574, 106 S. Ct. 1348, 1356, 89 L. Ed. 2d 538 (1986).

## ISSUES OF MATERIAL FACT IN DISPUTE

1. Is Agent Burgess a lawfully appointed agent?

2. Does Agent Burgess have an oath of office on file as required by 5 USC 3331?

3. Is Agent Burgess' oath of office on file and in custody as required by 5 USC 2906?

4. What is Agent Burgesses job description?

5. Is Agent Burgess actually authorized to proceed as she has in investigating the Plaintiff?

6. Whether the Plaintiff filed a tax return for tax year 2000, contrary to the government's contention?

7. Is Agent Burgess, in fact, authorized to issue a Summons in a Subtitle A criminal investigation?

8. Was the referral to the Grand Jury procedurally correct? If not, the Grand Jurors are also the recipients of unlawfully disclosed return information (in all likelihood, much more so than the witnesses interviewed.)

9. Was it necessary to disclose the return information to the witnesses?

10. Had the witnesses displayed any reluctance to answer questions, or provide documents, prior to Agent Burgess' disclosure of the return information, an issue the government has yet to address. (See Affidavit of James V. Kelly, Exhibit 1)

11. Was the disclosure to the witnesses that the Plaintiff was under "criminal investigation" necessary to obtain the desired information/documents?

12. Did the *IRS Disclosure Litigation Reference Book* Rev. 4-2000, Section I.C.4 proscribe the use of the words "criminal investigation division" in the ancillary heading (return address), text, or signature block of circular letters, and should that not be interpreted to mean other disclosure-sensitive correspondences as well?

13. Does a general guideline for agents in the *Internal revenue Manual* outweigh specific recommendations and proscriptions issued in the *IRS Disclosure Litigation Reference Book*, a manual specifically provided to guide agents when undertaking disclosure-sensitive inquiries?

14. Did Agent Burgess make a good faith reliance with regard to her disclosures in light of the training she received on disclosure?

15. Was the Plaintiff truly uncooperative, or did he merely did not like being accosted at his home, when he made 2 subsequent attempts to appear before the Grand Jury to give testimony and made two requests for a criminal investigation conference? (Exhibits 2A-5

## CONCLUSION

The issues of material fact cited above are significant issues of material fact to be determined by the trier of fact, each determinative of a different facet of this action, with potentially wide ranging ramifications. The government will have to prove at trial that Agent Burgess in reality has the authority she has exercised to date. The issues of material fact in dispute are such that they can not be termed "metaphysical doubt."

The government's motion for Summary Judgment should be denied.

Respectfully submitted,

_____
Ward Dean, M.D. / Pro se
8799 Burning Tree Road
Pensacola, Florida 32514
Ph: (850) 484-0595

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of May, 2003, I have placed a true and exact copy of the foregoing in the U. S. Mail, first class postage, prepaid, addressed to:

Lindsey W. Cooper, Jr.
Civil Tax, Eastern Region
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station Washington, DC 20044

_____
Ward Dean, MD / Pro Se

# AFFIDAVIT

Pursuant to 28 USC Section 1746, I, James V. Kelly, the undersigned affiant, state the following:

In Feb-March 2003, at 1645, Friday evening (date unknown) I received a telephone call from a secretary from the office of criminal investigation of the IRS, notifying me that I needed to immediately call Special Agent Tanya Burgess. I called her back almost immediately, but she was not available. Ms. Burgess left a message for me to return her call on my pager. She called me back at about 1655.

Ms. Burgess stated "You are probably aware that we are conducting a criminal investigation regarding Dr. Ward Dean, and I want to ask you some questions." I responded to all of her questions.

The fact that she was from the Criminal Investigation Division and that a Criminal Investigation was ongoing regarding Dr. Dean was not a necessary factor in my answering the questions. I would have provided her with the same answers had she not disclosed this information.

**FURTHER AFFIANT SAYETH NAUGHT**

Signed By: _____

Date: 10/27/03


Ex 1

**Ward Dean, M.D.**
**8799 Burning Tree Road**
**Pensacola, Florida  32514**
**(850) 484-0595 / 474-5255 / 477-8610 (Fax)**
warddeanmd@earthlink.net

14 October, 2002

Tanya Burgess
Special Agent
Internal Revenue Service
880 N. Reus Street, Suite 101
Pensacola, Florida  32501

Dear Ms. Burgess,

Sorry for being so short with you recently during your unannounced visit to my house on 3 October, in which you advised me that I was under Criminal Investigation by the IRS. I endeavor to be a law-abiding person, and do not believe I have violated any federal or state laws that would warrant such an investigation.

Consequently, pursuant to 26 CFR 601.107, I would like to talk to you about the nature of your investigation--in particular, to be apprised of any statute(s) I have allegedly violated.

Please let me know when it will be convenient to hold this conference (afternoons are best for me).  I will be accompanied by a witness and an attorney, and will make a record of the conference.

Thank you,

Yours truly,

*[signature]*
Ward Dean, M.D.

Ex 2

**Ward Dean, M.D.**
**8799 Burning Tree Road**
**Pensacola, Florida 32514**
**(850) 484-0595 / 474-5255 / 477-8610 (Fax)**
warddeanmd@earthlink.net

7 April, 2003

Gregory Robert Miller, Esquire
U.S. Attorney
21 E. Garden Street
Suite 400
Pensacola, Florida 32501

Dear Mr. Miller,

I have recently been apprised that I may be the target of a Grand Jury investigation.

If so, I respectfully request to be allowed to appear before the Grand Jury.

If I am *not* a target, please let me know.

Thank you,

Yours truly,

Ward Dean, M.D.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Gregory Robert Miller Esq
US Attorney
21 E. Garden St.
Ste 400
Pensacola, FL 32501

2. Article Number (Transfer from service label): 7001 1140 0001 1527 9805

PS Form 3811, August 2001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): SP. WHITFIELD
C. Date of Delivery: 4/8/03
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Ex 3

# Ward Dean, M.D.

warddeanmd@earthlink.net

13 June, 2003

Foreperson, Grand Jury
U.S. Courthouse
Northern District of Florida
One North Palafox Street
Pensacola, Florida 32501

Dear Sir or Madam,

As you know, I am the target of a Grand Jury investigation, which I believe involves income taxes. I have previously requested of the U.S. Attorney that I be allowed to appear before the Grand Jury to answer your questions (Incl 1). However, my request has been denied (Incl 2).

It is a not-so-funny joke among attorneys that "a prosecutor can indict a ham sandwich." This is because the prosecutor "holds all of the cards," so to speak. Only one side is presented--the government's. Exculpatory evidence of any kind is not presented.

I would like the opportunity to appear before you to present exculpatory evidence, which the U.S. Attorney is withholding from you, and answer whatever questions you may have. The evidence includes letters I have written to various employees and officers of the IRS, asking very simple questions regarding which laws I am required to comply with.

My questions have gone unanswered.

I realize that the Grand Jury is not the place for me to argue my case--but is a forum to answer your questions.

However, before the government expends a great deal of expense and effort to indict and prosecute me for allegedly violating as-yet unknown (to me) laws, I respectfully request the opportunity to appear before you and answer whatever questions you may have.

Yours truly,

Ward Dean, M.D.

cc: Benjamin W. Beard, Asst. U.S. Attorney

Ex-4

**Ward Dean, M.D.**
**8799 Burning Tree Road**
**Pensacola, Florida 32514**
**(850) 484-0595 / 474-5255 / 477-8610 (Fax)**
warddeanmd@earthlink.net

8 July 2003

Benjamin W. Beard
Assistant U.S. Attorney
21 East Garden Street
Suite 400
Pensacola, Florida 32501

Dear Mr. Beard,

Pursuant to CFR Title 26, Section 601.107, DOJ Tax Division Directive No. 86-58, para (5), and Section 6-4.214 "Conferences," U.S. DOJ *Tax Division Criminal Tax Manual* (1994), I again request a district Criminal Investigation Conference or meeting with you, to determine "the alleged fraudulent features of the case" and "the basis, nature, and other essential elements of the proposed criminal charges" that justify your initiating a criminal/Grand Jury investigation against me.

At this conference/meeting, I shall expect you to answer the following questions with regard to Title 26 USC Sections 7201, 7203, and 7212, and any other statute you may allege may apply to me. Answers to these questions and exhibits presented by me in regards to your investigation shall be made part of the record and shall also be made part of my personal file, maintained by the Internal Revenue Service, or any other division, section, or any unit of the Department of the Treasury.

1. State, with particularity, the specific type of "income tax," i.e., direct or indirect, I allegedly evaded and defeated that was allegedly due and owing to the United States.

2. State the specific law, i.e., Statutes at Large, which imposed said "income tax" on me in violation of 26 USC 7201.

3. Describe and/or identify, with particularity, the specific "income tax return," "required by law," which I allegedly failed to make in violation of Title 26, USC, Section 7201.

4. State the specific law (Statutes at Large) or regulation, (Code of Federal Regulations) requiring me to "make an income tax return."

5. State, with particularity, the specific type of "substantial income tax," i.e., direct or indirect, I allegedly "owed to the United States of America."

Ex 5

6. State, with particularity, the specific type of "income tax," i.e., direct or indirect, that I failed to "pay the Internal Revenue Service."

7. Describe, with particularity, the essential elements involved for me to support a 26 USC 7201 conviction.

8. Describe, with particularity, the nature of 26 USC 7201 and how it applies to me.

9. State, with particularity, the specific "proper officer of the internal Revenue Service," as verified by the lawful Treasury Delegation Orders, Commissioner's Delegation Orders, or Regional Office Delegation Orders, wherein I was required to have made said "income tax return" or paid said "income tax."

10. State, with particularity, the specific type of "gross income" I allegedly "received."

11. Describe, with particularity, the locations and times where I willfully attempted to evade and defeat the said income tax due and owing by me to the United States of America to any proper officer of the Internal Revenue Service... and failed to pay the Internal Revenue Service said income tax, pursuant to 26 USC 7201.

12. Identify who "any proper officer of the Internal Revenue Service" is/are that I was "required by law" "to make an income tax return to" during the years in question.

13. Identify who "all proper officers of the United States of America" are, that I was to have allegedly concealed "my income and assets from."

14. Identify, with particularity, any "income and assets" that were allegedly concealed by me.

15. Describe with particularity, where and from whom I received said "gross income" during the years in question.

16. Identify, with particularity, who the person or other proper officer of the Internal Revenue Service are, who can properly certify and /or authenticate that "returns" were or were not made, pertaining to me for the years in question.

17. State on what specific dates did the above persons discover "returns" were or were not made to the IRS by me for the years in question.

18. State with particularity, who the above persons told that "returns" were or were not made to the IRS by me for the years in question.

19. State, with particularity, the method that was used in determining that "returns" were allegedly made, or not made by me for the years in question.

# Ward Dean, M.D.

warddeanmd@earthlink.net

13 June, 2003

Foreperson, Grand Jury
U.S. Courthouse
Northern District of Florida
One North Palafox Street
Pensacola, Florida 32501

Dear Sir or Madam,

As you know, I am the target of a Grand Jury investigation, which I believe involves income taxes. I have previously requested of the U.S. Attorney that I be allowed to appear before the Grand Jury to answer your questions (Incl 1). However, my request has been denied (Incl 2).

It is a not-so-funny joke among attorneys that "a prosecutor can indict a ham sandwich." This is because the prosecutor "holds all of the cards," so to speak. Only one side is presented--the government's. Exculpatory evidence of any kind is not presented.

I would like the opportunity to appear before you to present exculpatory evidence, which the U.S. Attorney is withholding from you, and answer whatever questions you may have. The evidence includes letters I have written to various employees and officers of the IRS, asking very simple questions regarding which laws I am required to comply with.

My questions have gone unanswered.

I realize that the Grand Jury is not the place for me to argue my case--but is a forum to answer your questions.

However, before the government expends a great deal of expense and effort to indict and prosecute me for allegedly violating as-yet unknown (to me) laws, I respectfully request the opportunity to appear before you and answer whatever questions you may have.

Yours truly,

Ward Dean, M.D.

cc: Benjamin W. Beard, Asst. U.S. Attorney

Ex-4