UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN

VS                                                          CASE NO. 3:03cv65/LAC/MCR

UNITED STATES, ET AL.

REFERRAL AND ORDER

Referred to Judge Lacey Collier on __October 27, 2003__
Motion/Pleadings: __MOTION TO COMPEL RESPONSE TO PLAINTIFF'S FIRST AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND MOTION TO COMPEL ANSWERS TO INTERROGATORIES__
Filed by __PLAINTIFF__ on __10/9/3__ Doc.# __40__
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated     ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

__2__
LC (1 OR 2)                          Deputy Clerk: Jerry Marbut

## ORDER

Upon consideration of the foregoing, it is ORDERED this **29th** day of **Oct**, 2003, that:
(a) The relief requested is ~~GRANTED~~/DENIED
(b) **See doc 41.**

LACEY A. COLLIER
United States District Judge

Entered On Docket: **10-30-03**   By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No. **48**