# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WARD DEAN

    VS                                                     CASE NO. 3:03cv65/MCR

UNITED STATES, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Rodgers on <u>December 17, 2003</u>
Type of Motion/Pleading: <u>Plaintiff's MOTION TO VIEW SECOND AND THIRD DECLARATIONS OF SPECIAL AGENT TANYA D. BURGESS</u>
Filed by: <u>Plaintiff</u>   on <u>12/1/03</u>   Document <u>55</u>
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
<u>Defendant</u>   on <u>12/11/03</u>   Doc.# <u>56</u>
                            on               Doc.#
                            WILLIAM M. McCOOL, CLERK OF COURT

                            <u>s/ C. Justice</u>
                            Deputy Clerk

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 17th day of December, 2003, that:

     The requested relief is DENIED, for the reasons stated in Defendant's response, which are consistent with the record on file.

                                    <u>s/ M. Casey Rodgers</u>
                                    M. CASEY RODGERS
                                    UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____