UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN, M.D.

    VS                                                                        CASE NO.  3:03cv65/MCR/MD

UNITED STATES OF AMERICA

**JUDGMENT**

This action came before the Court with the Honorable M. Casey Rodgers presiding. The issues have been tried or heard and a decision has been rendered.

That plaintiff take nothing and the defendant's motion for summary judgment is granted and JUDGMENT is entered in favor of defendant, the UNITED STATES OF AMERICA.

WILLIAM M. McCOOL, CLERK OF COURT

| | |
|---|---|
| May 26, 2004 | /s/ C. Justice |
| DATE | Deputy Clerk |

Entered On Docket: _____ By: ____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____

Document No.