IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WARD DEAN, M.D., | ) |
| Plaintiff, | ) |
| -vs- | ) Civil Action No. 3:03-CV-65-MCR-MD |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Plaintiff Ward Dean, M.D., gives notice that he does hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order and Judgment of the District Court dated May 26, 2004, which affirmed the Magistrate Judge's Report and Recommendation granting United States' motion for summary judgment.

DATED this 1st day of June, 2004.

Ward Dean, M.D.
Plaintiff pro se
8799 Burning Tree Road
Pensacola, Florida 32514
(850) 484-0595

FILED 2004 JUN -1 PM 3:08
OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

$255.00 pd.
#300 110656

## CERTIFICATE OF SERVICE

I, Ward Dean, M.D., certify that on this 1st day of June, 2004, mailed a true and correct copy of the foregoing Notice of Appeal to MICHAEL J. SALEM & LINDSEY W. COOPER, JR., Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 227, Ben Franklin Station, Washington, DC 20044, at the last known address.

Ward Dean, M.D.
Plaintiff pro se
8799 Burning Tree Road
Pensacola, Florida 32514
(850) 484-0595